# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| ANDREW FIRSTMAN, MARK HORNCASTLE, and CHRISTIAN CRAM, )<br><br>Petitioner, )<br><br>v. )<br><br>CREDIT SUISEE SECURITIES (USA), LLC )<br><br>Respondent. ) | CIVIL ACTION<br><br>FILE NO. 1:19-cv-04025-CAP |

**RESPONDENT'S NOTICE OF FILING APPENDIX TO BRIEF IN OPPOSITION TO PETITION TO CONFIRM AND IN SUPPORT OF APPLICATION BY MOTION TO VACATE ARBITRATION AWARD**

RESPONDENT Credit Suisse Securities (USA) LLC hereby gives notice of filing the Appendix to Brief in Opposition to Petition to Confirm and in Support of Application by Motion to Vacate Arbitration Award.

Respondent has prepared this appendix to provide this Court with a reference to allow it to more easily review the relevant portions of the record. Attached hereto and submitted herewith is a chart reflecting the location of citations to the record in the Brief in Opposition to Petition to Confirm and in Support of Application by

1

Motion to Vacate Arbitration Award, the Arbitration Citation, and the corresponding Record Citation.

This 9th day of July, 2020.

        Respectfully submitted,

        SMITH, GAMBRELL & RUSSELL, LLP

        /s/ *Leah Ward Sears*
        Leah Ward Sears
        Georgia Bar No. 633750
        Colin Đặng Delaney
        Georgia Bar No. 216858
        Greg K. Smith
        Georgia Bar No. 658363
        Sasha N. Greenberg
        Georgia Bar No. 497615
        Promenade, Suite 3100
        1230 Peachtree Street, NE
        Atlanta, Georgia 30309-3592
        Telephone: 404-815-3500
        Facsimile: 404-815-3509

        Email: lsears@sgrlaw.co
        Email: cdelaney@sgrlaw.com
        Email: gsmith@sgrlaw.com
        Email: sgreenberg@sgrlaw.com

        *Counsel for Respondent*
        *Credit Suisse Securities (USA) LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
ANDREW FIRSTMAN,                                               :
MARK HORNCASTLE, and                                           :
CHRISTIAN CRAM,                                                :
:
                Petitioners,                            :   **Case No. <u>1:19-cv-04025-CAP</u>**
:
       -v-                                                     :
:
CREDIT SUISSE SECURITIES (USA) LLC,                            :
:
                Respondent.                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## **CERTIFICATE OF SERVICE**

      The undersigned counsel for Respondent Credit Suisse Securities (USA) LLC hereby certifies that on this day he caused the foregoing **RESPONDENT'S NOTICE OF FILING APPENDIX TO BRIEF IN OPPOSITION TO PETITION TO CONFIRM AND IN SUPPORT OF APPLICATION BY MOTION TO VACATE ARBITRATION AWARD** to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing sufficient to constitute service to the following:

Christina Baugh, Esq.
Adam Gajadharsingh, Esq.
Barnes & Thornburg LLP
3475 Piedmont Road NE, Suite 1700
Atlanta, Georgia 30305

Counsel for Petitioners Andrew Firstman, Mark Horncastle, and Christian Cram.

This 9th day of July, 2020.

/s/ *Leah Ward Sears*
Leah Ward Sears
Georgia Bar No. 633750

Smith, Gambrell & Russell, LLP
Promenade, Suite 3100
1230 Peachtree Street, NE
Atlanta, Georgia 30309-3592
Telephone: 404-815-3500
Facsimile: 404-815-3509
Email: lsears@sgrlaw.com