# EXHIBIT A

| Brief in Opposition to Petition to Confirm and in Support of Application by Motion to Vacate Arbitration Award | Arbitration Exhibit No./ Trascript Cite | Motion to Vacate - Dkt. No. & Record Cite |
|---|---|---|
| Dkt. 31, at 7, 15 | Amicus Brief | Dkt. 53 R-00089-111 |
| Dkt. 31, at 15-16, 18 | Arbitrator Guide | Dkt. 53 R-00002-88 |
| Dkt. 31, at 17 | Arbitrator Oath [Q.III.4] | Dkt. 50 F-00199-218 F-00203 |
| Dkt. 31, at 17 | Arbitrator Oath [Q.VIII.1] | Dkt. 50 F-00199-218 F-00210 |
| Dkt. 31, at 28 | Award | Dkt. 52 F-01445-50 |
| Dkt. 31, at 22, 25, 27 | CS Closing PowePoint | Dkt. 51 F-01033-205 |
| Dkt. 31, at 1, 8, 22 | CS Pre-Hearing Brief | Dkt. 50 F-00852-903 |
| Dkt. 31, at 28 | CX 205 | Dkt. 38 E-03474-79 |
| Dkt. 31, at 6, 25 | CX 260 | Dkt. 39 E-04072-73 |
| Dkt. 31, at 6, 25 | CX 261 | Dkt. 39 E-04074-75 |
| Dkt. 31, at 5, 23 | JX 1 | Dkt. 34 E-0001-46 |
| Dkt. 31, at 23 | JX 5 | Dkt. 34 E-00225-34 |
| Dkt. 31, at 23 | JX 12 | Dkt. 34 E-00377-428 |
| Dkt. 31, at 11, 19, 24, 30 | JX 14 | Dkt. 34 E-00481-532 |
| Dkt. 31, at 3 | JX 22 | Dkt. 34 E-00737-58 |
| Dkt. 31, at 3, 11, 19 | JX 24 | Dkt. 34 E-00769-84 |
| Dkt. 31, at 3 | JX 38 | Dkt. 34 E-01050-51 |
| Dkt. 31, at 3-4, 11, 19 | JX 46 | Dkt. 34 E-01278-325 |

1

| Brief in Opposition to Petition to Confirm and in Support of Application by Motion to Vacate Arbitration Award | Arbitration Exhibit No./ Trascript Cite | Motion to Vacate - Dkt. No. & Record Cite |
|---|---|---|
| Dkt. 31, at 3-4 | JX 47 | Dkt. 34 E-01326-88 |
| Dkt. 31, at 6 | JX 64 | Dkt. 35 E-01436-54 |
| Dkt. 31, at 3-4 | JX 77 | Dkt. 35 E-01759-96 |
| Dkt. 31, at 3-4 | JX 78 | Dkt. 35 E-01797-39 |
| Dkt. 31, at 3-4 | JX 79 | Dkt. 35 E-01840 |
| Dkt. 31, at 3-4 | JX 80 | Dkt. 35 E-01841-93 |
| Dkt. 31, at 3-4 | JX 81 | Dkt. 35 E-01894-994 |
| Dkt. 31, at 3-4 | JX 82 | Dkt. 35 E-01995-2046 |
| Dkt. 31, at 3-4 | JX 83 | Dkt. 35 E-02047-57 |
| Dkt. 31, at 3-4, 21 | JX 84 | Dkt. 35 E-02158-298 |
| Dkt. 31, at 6, 25 | JX 103 | Dkt. 36 E-02363-81 |
| Dkt. 31, at 6 | JX 105 | Dkt. 36 E-02388-406 |
| Dkt. 31, at 6, 25 | JX 108 | Dkt. 36 E-02427-45 |
| Dkt. 31, at 3-4 | JX 117 | Dkt. 36 E-02703-40 |
| Dkt. 31, at 3-4 | JX 118 | Dkt. 36 E-02741-69 |
| Dkt. 31, at 3-4 | JX 119 | Dkt. 36 E-02770-816 |
| Dkt. 31, at 3-4 | JX 120 | Dkt. 37 E-02817-917 |
| Dkt. 31, at 3-4 | JX 121 | Dkt. 37 E-02918-69 |
| Dkt. 31, at 3-4 | JX 122 | Dkt. 37 E-02970-3080 |

| Brief in Opposition to Petition to Confirm and in Support of Application by Motion to Vacate Arbitration Award | Arbitration Exhibit No./ Trascript Cite | Motion to Vacate - Dkt. No. & Record Cite |
|---|---|---|
| Dkt. 31, at 3-4 | JX 123 | Dkt. 37 E-03081-199 |
| Dkt. 31, at 6, 25 | JX 142 | Dkt. 37 E-03280-99 |
| Dkt. 31, at 8 | Petitioners Closing PowerPoint | Dkt. 52 F-01294-433 |
| Dkt. 31, at 28 | Petitioners Damages Statememt | Dkt. 52 F-01434 |
| Dkt. 31, at 20 | Petitioners Pre-hearing brief | Dkt. 50 F-00823-48 |
| Dkt. 31, at 5 | RX 831 | Dkt. 41 E-05664-65 |
| Dkt. 31, at 5 | RX 832 | Dkt. 41 E-05666-67 |
| Dkt. 31, at 5 | RX 836 | Dkt. 41 E-05672-75 |
| Dkt. 31, at 6 | RX 842 | Dkt. 41 E-05679-80 |
| Dkt. 31, at 6, 25 | RX 893 | Dkt. 41 E-05782-86 |
| Dkt. 31, at 6, 25 | RX 897 | Dkt. 41 E-05787-833 |
| Dkt. 31, at 6 | RX 907 | Dkt. 42 E-05853-54 |
| Dkt. 31, at 6 | RX 944 | Dkt. 41 E-05942-62 |
| Dkt. 31, at 5 | RX 1082 (mislabeled as 1081) | Dkt. 43 E-06684 |
| Dkt. 31, at 6 | RX 1095 | Dkt. 43 E-06685-86 |
| Dkt. 31, at 6 | RX 1098 | Dkt. 43 E-06687-89 |
| Dkt. 31, at 6 | RX 1155 | Dkt. 45 E-08302-402 |
| Dkt. 31, at 4, 28-29 | RX 1175A | Dkt. 46 E-08762-74 |

3

| Brief in Opposition to Petition to Confirm and in Support of Application by Motion to Vacate Arbitration Award | Arbitration Exhibit No./ Trascript Cite | Motion to Vacate - Dkt. No. & Record Cite |
|---|---|---|
| Dkt. 31, at 4, 28-29 | RX 1176A | Dkt. 46 E-08775-788 |
| Dkt. 31, at 4, 28-29 | RX 1177A | Dkt. 46 E-08789-802 |
| Dkt. 31, at 1, 3-5, 7, 17, 20 | SOC | Dkt. 50 F-00004-94 |
| Dkt. 31, at 7 | SOC Ex. 1 | Dkt. 50 F-00019-26 |
| Dkt. 31, at 1, 7-8 | SOC Ex. 1-A | Dkt. 50 F-00027-35 |
| Dkt. 31, at 7 | SOC Ex. 2 | Dkt. 50 F-00050-62 |
| Dkt. 31, at 22 | Tr. 105-09 | Dkt. 48 H-00105-09 |
| Dkt. 31, at 22 | Tr. 132-33 | Dkt. 48 H-00132-33 |
| Dkt. 31, at 25 | Tr. 431 | Dkt. 48 H-00496 |
| Dkt. 3, at 6 | Tr. 492 | Dkt. 48 H-00557 |
| Dkt. 31 at 5 | Tr. 770-80 | Dkt. 48 H-00896-906 |
| Dkt. 31, at 4 | Tr. 911-12 | Dkt. 48 H-01085-86 |
| Dkt. 31, at 4 | Tr. 1041-42 | Dkt. 48 H-01215-16 |
| Dkt. 31, at 4 | Tr. 1120-21 | Dkt. 48 H-01294-95 |
| Dkt. 31, at 4 | Tr. 1544-45 | Dkt. 48 H-01831-32 |
| Dkt. 31, at 4 | Tr. 1675 | Dkt. 48 H-02026 |
| Dkt. 31, at 6 | Tr. 1740 | Dkt. 48 H-02091 |
| Dkt. 31, at 6 | Tr. 1746 | Dkt. 48 H-02097 |
| Dkt. 31, at 4 | Tr. 1937-38 | Dkt. 48 H-02348-49 |

4

| Brief in Opposition to Petition to Confirm and in Support of Application by Motion to Vacate Arbitration Award | Arbitration Exhibit No./ Trascript Cite | Motion to Vacate - Dkt. No. & Record Cite |
|---|---|---|
| Dkt. 31, at 21 | Tr. 1972-74 | Dkt. 48 H-02383-85 |
| Dkt. 31, at 18 | Tr. 2222 | Dkt. 49 H-02686 |
| Dkt. 31, at 4 | Tr. 3302-04 | Dkt. 49 H-03973-75 |
| Dkt. 31, at 3-4 | Tr. 3441-45 | Dkt. 49 H-04172-76 |
| Dkt. 31, at 4, 27 | Tr. 3473 | Dkt. 49 H-04204 |
| Dkt. 31, at 8, 27 | Tr. 3635 | Dkt. 49 H-04421 |
| Dkt. 31, at 4, 27 | Tr. 3694-710 | Dkt. 49 H-04480-96 |
| Dkt. 31, at 8 | Tr. 3894 | Dkt. 49 H-04740 |
| Dkt. 31, at 21 | Tr. 3943 | Dkt. 49 H-04728-5116 |
| Dkt. 31, at 21, 24 | Tr. 3949-51 | Dkt. 49 H-04728-5116 |
| Dkt. 31, at 20-21, 24, 27 | Tr. 3953 | Dkt. 49 H-04799 |
| Dkt. 31, at 8, 20, 25, 27-28 | Tr. 3955-66 | Dkt. 49 H-04801-02 |
| Dkt. 31, at 8, 28 | Tr. 4011-15 | Dkt. 49 H-04857-61 |
| Dkt. 31, at 22 | Tr. 4044-50 | Dkt. 49 H-04890-96 |
| Dkt. 31, at 22 | Tr. 4060-63 | Dkt. 49 H-04906-09 |
| Dkt. 31, at 25 | Tr. 4144-46 | Dkt. 49 H-04990-92 |
| Dkt. 31, at 8, 27 | Tr. 4160-63 | Dkt. 49 H-05006-09 |

| **Brief in Opposition to Petition to Confirm and in Support of Application by Motion to Vacate Arbitration Award** | **Arbitration Exhibit No./ Trascript Cite** | **Motion to Vacate - Dkt. No. & Record Cite** |
|---|---|---|
| Dkt. 31, at 9 | Credit Suisse's Letter in Response to Claimants' Letter dated 07.24.19 Regarding Attorneys' Fees Attaching Case Law | Dkt. 52 F-01206-08 |